IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELIJAH PACE                                                              PLAINTIFF

v.                          No. 4:22-cv-378-DPM

BROOKSHIRE GROCERY COMPANY                                DEFENDANT

JUDGMENT

Pace's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 December 2023 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2023